## HUDSON *v.* CARMICHAEL *et al.*

BECK, Presiding Justice. This is a suit for injunction and other equitable relief. The main facts in the case appear in the former report of the case. *Hudson* v. *Carmichael*, 181 *Ga.* 317 (181 S. E. 853). On the last trial the jury returned a verdict for the defendant; and upon examina-

tion of the record we are of the opinion that the verdict was authorized by the evidence. There are no special assignments of error.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent because of illness.*

No. 11442. OCTOBER 15, 1936.

*A. F. Jenkins* and *Miles W. Lewis,* for plaintiff.
*C. S. Baldwin Jr.,* for defendants.